**Dismissed and Memorandum Opinion filed September 2, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00357-CV

## IN THE INTEREST OF H.N.H., A CHILD

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2021-11726**

## MEMORANDUM OPINION

This is an attempted appeal by appellants mother and presumed father of the child H.N.H. from an order for genetic testing signed June 10, 2021.[1] *See* Uniform Parentage Act, Tex. Fam. Code Ann. §§ 160.501–.512. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53

---

[1] The notice of appeals refers to a June 9, 2021 order, which we interpret to be the June 10, 2021 order.

S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). An order for genetic testing is an interlocutory order and not appealable under either the Family Code or the Civil Practices and Remedies Code. *In re Office of Attorney Gen. of Tex.*, 272 S.W.3d 773, 777 (Tex. App.—Dallas 2008, orig. proceeding).

On August 4, 2021, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellants filed a response demonstrating grounds for continuing the appeal on or before August 16, 2021. *See* Tex. R. App. P. 42.3(a). Appellants did not respond.

Accordingly, the appeal is ordered dismissed for want of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.